UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kadir Osman,                                        Civil 06-891 PJS/FLN

                Petitioner,

        v.                                          O R D E R

Scott Baniecke, Field Director,
B.I.C.E.

                Respondent.
        _____

        Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated August 29, 2006, all the files and

records, and no objections having been filed to said Report and Recommendation,

        **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus is DENIED

as moot.

DATED:   9/5          , 2006.        s/Patrick J. Schiltz
at St. Paul, Minnesota               JUDGE PATRICK J. SCHILTZ
                                     United States District Court